AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARRELL D. CROSS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 322-027

SABRIYA GRIFFIN and ATTORNEY CHAVENE B. KING, JR.,

Defendants.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 23, 2022, the U.S. Magistrate Judge's Report and Recommendations is adopted as the opinion of this Court. The Plaintiff's Complaint is dismissed without prejudice. This case stands closed.



May 23, 2022 — Date

John E. Triplett, Clerk of Court — Clerk

(By) Deputy Clerk

GAS Rev 10/2020